# EXHIBIT #1
# (13 pages)



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA            DISTRICT COURT

F I L E D

In Re the Marriage of:              )
                                    )            JUL 1 1 2017
LINH TRAN STEPHENS,                 )
                                    )            DON NEWBERRY, Court Clerk
        Petitioner,                 )            STATE OF OKLA. TULSA COUNTY
                                    )
and                                 )    Case No. FD-2015-2228
                                    )
ADAM SYLVESTER STEPHENS,            )    FD Docket B
                                    )    Judge Theresa Dreiling
        Respondent.                 )

## CONFIRMATION OF REGISTRATION OF FOREIGN ORDER

NOW on this _11th_ day of _July_, 2017, this matter comes before the undersigned Judge of the District Court concerning registration of a foreign order. Petitioner is represented by her counsel, David W. Davis; and Respondent is represented by his counsel, Charles M. Parrish. Petitioner and Respondent agree to register their Columbia County, Oregon dissolution order with the Tulsa County, Oklahoma Court. The Court, having reviewed the file and considered the premises, finds that the parties have reached an agreement and finds and orders as follows:

1.      The parties were divorced in Columbia County, Oregon. The Stipulated General Judgment of Dissolution of Marriage; and Money Award (hereinafter "Oregon Decree") was filed on January 8, 2016.

2.      The parties desire to register the Oregon Decree with the Tulsa County Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Oregon Decree be and is hereby confirmed as a registered order and a certified copy of the Oregon Decree shall be filed simultaneously herewith.

1

Signature page to Confirmation of Registration of Foreign Order, *Linh Tran Stephens and Adam Sylvester Stephens,* Tulsa County Case No. FD-2015-2228

Judge Theresa Dreiling

APPROVED AS TO FORM AND CONTENT:

David W Davis, OBA #15067
David W. Davis, P.C.
601 S. Boulder, Suite 100
Tulsa, Oklahoma 74119
(918) 592-2007

Attorney for Petitioner

Charles M. Parrish, OBA #30206
Wirth Law Office
201 W. 5th Street, Suite 407
Tulsa, OK 74103
(918) 932-2800
Fax: (918) 932-2900

Attorney for Respondent

2

Verified Correct Copy of Original 1/8/2016.

2017 JUL 11 PM 1:07

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF COLUMBIA DISTRICT COURT

**FILED**

### Department of Domestic Relations

JUL 1 1 2017

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| In the Matter of the Marriage of | NO. | **15DR18623**<br>Judge: Callahan, Cathleen B |
| **Adam Sylvester Stephens** | | |
| Co-Petitioner, ) | **STIPULATED GENERAL** | |
| and ) | **JUDGMENT OF DISSOLUTION** | |
| ) | **OF MARRIAGE;** | |
| ) | **AND MONEY AWARD** | |
| ) | | |
| ) | **(CO-PETITIONERS)** | |
| **Linh Tran Stephens** | | |
| Co-Petitioner. | | |

This matter came before the court on the motion and affidavit of Co-Petitioning husband and wife and the stipulation of the parties for the entry of a judgment dissolving their marriage. Co-Petitioner husband is filing Pro-Se. Co-Petitioner wife is filing Pro-Se. The court having been presented with this form of stipulated judgment of dissolution, having reviewed the records and documents on file herein, and being fully advised in the premises, makes the following findings:

1.

Co-petitioners are jointly and in agreement filing this judgment for

Page 1 of 28 Stipulated General Judgment Co-Petition

Verified Correct Copy of Original 1/8/2016.

entry of such an order is appropriate because the continued pendency of this suit would hinder the situation with regard to the parties' business interests. As a part of that waiver, Husband and Wife consent to the waiver of the provisions of ORS 107.089, which require the production of documents.

16.

Husband and Wife's signatures on this stipulated judgment evidence their intent that the agreement embodied in this stipulated judgment will be enforceable in the manner described in ORS 107.135.

17.

Spousal support is not to be paid.

18.

Husband and Wife have each completed the seminar for parenting if required by this court.

19.

Co-Petitioners agree and request that no court appearances should be required and allowing Co-Petitioners entry of judgment on affidavit in lieu of hearing.

20.

This marriage should be dissolved and Husband and Wife should be granted the relief hereinafter set forth.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.

The marital status of the parties is hereby terminated. The provisions of this

Verified Correct Copy of Original 1/8/2016.

Co-Petitioners desire that the Parties shall be awarded Joint legal and physical custody of the children of the marriage.

**2.1**

Non-custodial parent is entitled to frequent and unhampered continuing contact with the children at such times as the parties may mutually agree, but in no event less than is set forth below, which is part of this judgment.

Parenting time and parenting plan shall be:

Mother will have Parenting Time for two weeks every June, during summer vacation. Holidays – 50/50.

**2.1.1**

The parenting plan will be construed and implemented in a way that fosters the children's best interests by providing liberal, predictable, and wholesome time between the children and the non-custodial parent.

**2.1.2**

Although a written plan promotes stability for the children each parent acknowledges that reasonable adjustments will be needed from time to time and that an element of flexibility will be required in administering the plan. Each parent will be flexible in arranging dates and times with the children so that important family events and the children's activities are maintained with minimal disruption or hard feelings.

**2.1.3**

Each parent will act reasonably in registering the children for activities,

Verified Correct Copy of Original 1/8/2016.

health insurance will not be considered a reasonable expense that the other parent would need to pay a part of. Claim Against Estate: Support receiving parent shall have a claim against the estate of the ordered child support paying parent for any monies due pursuant to this judgment for any arrearages that has accrued as of the time of child support ordered parent's death for unpaid support and periodic payments.

### 4.2

Mother will pay half of all the child/ren's reasonably incurred medical, optical, hospital, dental, and orthodontic expenses that are not covered by insurance.

Father will pay the other half of all the child/ren's reasonably incurred medical, optical, hospital, dental, and orthodontic expenses that are not covered by insurance.

### 4.3

This judgment makes no provision for the maintenance of life insurance.

### 5.

The property of the parties will be divided as follows:

### 5.1

Husband is hereby awarded and will receive free from any claim of wife:

### 5.1.1

Any and all personal effects and personal property in party's possession and/or control.

In lieu of Child Support from the wife:

It is agreed by both parties that wife shall assume the following debts of the

Page 16 of 28 Stipulated General Judgment Co-Petition

Verified Correct Copy of Original 1/8/2016.

husband:

> 2013 Jeep Wrangler Rubicon
> $692.17 monthly payment
> Vin# 1C4HJWFG6DL616149
> Wa. License Plate# ALT5054
>
> 2014 Jayco Baha 18' trailer
> $192.43 monthly payment
> Vin# 1UJBJ0AJ0E77F0229
> Wa. license Plat# 1960YR

Insurance for both Jeep and Trailer - $179.23 monthly payment

Total of $1063.83 / month

At such time the debts are paid in full, wife will sign-over the property to the husband.

Husband also receives $325.00 per month SSI for the benefit of Grace Stephens.

### 5.2

Wife is hereby awarded and will receive free from any claim of husband:

### 5.2.1

Any and all personal effects and personal property in party's possession and/or control.

### 5.3

A party's personal papers are specifically awarded to that party. Each party will use their best effort now and in the future to provide the other party with that party's personal papers and records. Those include, but are not limited to, birth certificates, passports, baptismal records, wills, military discharge papers, etc. Each party will also cooperate with the other in providing financial documents that may from time to time be necessary. For example, one party may in the future need a copy of a previously filed joint

Verified Correct Copy of Original 1/8/2016.

tax return.

### 5.4

All fire and extended coverage, and liability and casualty insurance policies on or relating to any real or personal property herein described or referred to, and now in existence, will be transferred with the property to which the same pertains to the party receiving that property pursuant to this judgment, without charge or credit to either party in respect of the surrender value thereof.

### 7.

Each Party will keep their own retirement accounts and pensions, unless specifically stated otherwise herein.

### 8.

The liabilities and debts of the parties will be paid as follows:

### 8.1

Husband will pay, defend, indemnify, and hold wife harmless from any debt in his name alone not otherwise specifically described herein. The husband shall pay the following debts:

He is required to pay all personally incurred debts and expenses, including personal debt incurred during marriage and collections in his name.

### 8.2

Wife will pay, defend, indemnify, and hold husband harmless from any debt in his name alone not otherwise specifically described herein. The wife shall pay the following debts:

_Verified Correct Copy of Original 1/8/2016._

She is required to pay all personally incurred debts and expenses, including her car payments, real property at 8519 E. 75th St., Tulsa, OK 94133, all credit cards in her name; her student loans.

> **In lieu of Child Support to husband:**
>
> It is agreed by both parties that wife shall assume the following debts of the husband:
>
> **2013 Jeep Wrangler Rubicon**
> **$692.17 monthly payment**
> **Vin# 1C4HJWFG6DL616149**
> **Wa. License Plate# ALT5054**
>
> **2014 Jayco Baha 18' trailer**
> **$192.43 monthly payment**
> **Vin# 1UJBJ0AJ0E77F0229**
> **Wa. license Plat# 1960YR**

Insurance for both Jeep and Trailer - $179.23 monthly payment

Total of $1063.83 / month

At such time the debts are paid in full, wife will sign-over the property to the husband.

### 8.3

If either party fails to pay any debt or liability as set forth herein, the other party will have the right, but not the obligation, to make any payment due, provided the nonpaying party is given 10 days prior notice of the party's plan to make payment. If payment is made, the party who failed to pay will be responsible for reimbursing the amount paid to the party who made the payment, together with interest computed at the same rate charged by the creditor on the obligation to which payment was made. Interest will accrue from the time payment is made until full reimbursement is made. A party who pays the other party's debt pursuant to this provision is hereby authorized to deduct the

Verified Correct Copy of Original 1/8/2016.

amount of money paid from any payment then or thereafter due or owing the other party, including from any obligation to pay support.

### 8.5

The obligation of a party to pay, defend, indemnify, and hold the other party harmless from the payment of any debt described in this judgment is a support obligation under 11 USC §523(5), which is not dischargeable in bankruptcy as to the other party.

### 9.

Spousal support is not to be paid.

### 10.

No name change is requested.

ATTORNEY FEES: None. Pro-Se filing.

### 11.

Each party will pay his or her own attorney fees and court costs incurred in this proceeding unless otherwise stated herein.

### 12.

There are no attorney fees for judgment, as Co-Petitioners are filing Pro-Se and have chosen not to use the services of an attorney.

### 13.

Each party will, within 30 days of the date of this judgment, execute, acknowledge and deliver any and all documents and instruments necessary to complete the transfer of any property as ordered in this judgment of dissolution. This judgment will operate to convey title to the party to whom such property is awarded if the other party

Verified Correct Copy of Original 1/8/2016.

Child support award in the amount of $586.00 accrues on the first day of each month commencing the first day of the first month following the date of the judgment.

**However:**

In lieu of Child Support:

It is agreed by both parties that wife shall assume the following debts on behalf of the husband, until paid in full:

2013 Jeep Wrangler Rubicon
$692.17 monthly payment
Vin# 1C4HJWFG6DL616149
Wa. License Plate# ALT5054

2014 Jayco Baha 18' trailer
$192.43 monthly payment
Vin# 1UJBJ0AJ0E77F0229
Wa. license Plat# 1960YR

Insurance for both Jeep and Trailer - $179.23 monthly payment

Total of $1063.83

At such time the debts are paid in full, wife will sign-over the property to the husband.

Signed: 1/10/2016 4:32:58 PM

DATED _____, 20___, at _____, Oregon.

X _____
Circuit Court Judge

**Circuit Court Judge Cathleen B. Callahan**

Judge's name: _____

We sign this stipulated judgment on our own volition, with full knowledge of the facts, and with full information as to our legal rights and liabilities. In some instances, the terms of

Page 25 of 28 Stipulated General Judgment Co-Petition



CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT TRIAL COURT ADMINISTRATOR COLUMBIA COUNTY, OREGON
BY _____
DATED 4/11/17

Verified Correct Copy of Original 1/8/2016.

this stipulated judgment represent a compromise of disputed issues. However, We believe the terms and conditions to be fair and reasonable under the circumstances. We have read the stipulated judgment and agree that it accurately reflects our agreement.

X _____

Adam Sylvester Stephens, Co-Petitioner husband

Date: X NOV 30 2015

SUBSCRIBED AND SWORN to before me on NOV 30_____, 20 15

Notary Public for ~~Oregon~~ Washington.

My commission expires: Feb 20, 2018

Notary Public
State of Washington
B L SALMAN
MY COMMISSION EXPIRES
February 20, 2018

X _____

Linh Tran Stephens, Co-Petitioner wife

Date: X 11/21/2015

SUBSCRIBED AND SWORN to before me on Nov. 21, 20 15

Notary Public for ~~Oregon~~ Oklahoma

My commission expires: October 2020.6

JEANNE WILSON
NOTARY PUBLIC - STATE OF OKLAHOMA
MY COMMISSION EXPIRES OCT 20, 2016
COMMISSION # 08010806

Minor children:

    G▨ L▨ Stephens - Age; 02; birth year: 2013; SS# is protected and provided separately in UTCR 2.130.1 affidavit.

Page 26 of 28 Stipulated General Judgment Co-Petition

Verified Correct Copy of Original 1/8/2016.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PRO-SE CERTIFICATION

These documents were prepared by Legal Alternatives for a fee of $155.00. No personal contact was initiated nor was any legal advice given. All information in these documents was supplied to preparers by ourselves through the mail or over the internet. All information is accurate to the best of our knowledge and that we have filed the Dissolution of Marriage as Co-Petitioners, jointly attesting and agreeing to all terms herein.

X _/Adam Step_

Adam Sylvester Stephens, Co-Petitioner husband

Date: X 11- 30-15

X _Lh Stphe_

Linh Tran Stephens, Co-Petitioner wife

Date: X 11/20/2015

-------------------------------------------

## NOTICE OF INCOME WITHHOLDING

The support order is enforceable by income withholding under ORS 25.311-25.318, 25.351-25.367, and 25.722. Withholding will occur immediately, whenever there are arrearages at least equal to the support payment for one month, whenever the obligated parent requests withholding, or whenever the obligee requests withholding for good cause. The district attorney or, as appropriate, the Support Enforcement Division of the Department of Justice will assist in securing such withholding. Exceptions may apply in

Page 27 of 28 Stipulated General Judgment Co-Petition

# EXHIBIT #2
# (3 pages of 2 latest SCOTUS letters)

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

July 11, 2024

Linh Stephens
C/O 11063 S Memorial Dr.
Suite D. #235
Tulsa, OK 74133

    RE: Stephens v. Stephens
       OK Ct. of Civil App. No. 120,849

Dear Ms. Stephens:

    The above-entitled petition for a writ of certiorari was originally postmarked March 25, 2024 and received again on June 27, 2024. The papers are returned for the following reason(s):

    Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

                      Sincerely,
                      Scott S. Harris, Clerk
                      By:

                      Emily Walker
                      (202) 479-5955

Enclosures

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

May 13, 2025

Linh Tran Stephens
C/O 1964 Ashley River Rd Ste B
Unit 80112
Charleston, SC 29416

     RE: Stephens v. Stephens/Stephens v. Stephens/Stephens v. April Seibert, et al
       SC OK Nos. 120,849; 122,022; 122,445

Dear Ms. Stephens:

    The above-entitled petition for a writ of certiorari was postmarked April 25, 2025 and received May 5, 2025. The papers are returned for the following reason(s):

    To the extent you wish this Court to review the decision by the Supreme Court of Oklahoma in case number 120,849, the petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was May 14, 2024. Therefore, the petition was due on or before August 12, 2024. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

    Please be advised that if you are intending for this Court to review a decision by the Supreme Court of Oklahoma in case number 122,022, it appears this case is currently pending in the Supreme Court of Oklahoma. Your case must first be reviewed by that court.

Additionally, to the extent you wish this Court to review the decision by the Supreme Court of Oklahoma in case number 122,445, the petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was September 30, 2024. Therefore, the petition was due on or before December 29, 2024. Rules 13.1, 29.2 and 30.1.  When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

Sincerely,
Scott S. Harris, Clerk
By:

Pipa Fisher
(202) 479-3019

**Enclosures**

**EXHIBIT #3
(12 pages)**

DocuSign Envelope ID 5444D78C-558F-48D1-88//-F5AF-F454656F





GWY&ꭰꮣꭼ
## CHEROKEE NATION®
P.O. Box 948 • Tahlequah, OK 71465-0918
918-453-5000 • www.cherokee.org

Office of the Chief

**Chuck Hoskin Jr.**
*Principal Chief*

**Bryan Warner**
*Deputy Principal Chief*

August 12, 2020

Linh Stephens
████████████████
Tulsa, OK ██████

Dr. Stephens,

This letter is to provide notice that Cherokee Nation will not renew your agreement at the end of the term. Article VII, Section A. and Article VIII, Section B. allows for non-renewal at the end of the term of the agreement by 30 days notice. The end of the term of your agreement is September 30, 2020.  Effective August 13, 2020 you will be placed on administrative leave through September 30, 2020. You will continue to receive any compensation due to you according to your agreement through the end of the term. Your remaining annual leave balance on September 30, 2020 will be paid to you after the term of your agreement. We appreciate your time and contribution to Cherokee Nation Health Services.

Sincerely,

DocuSigned by:

*R. Stephen Jones DDS*

FD020D4B7D48440

R. Stephen Jones
Executive Director
Cherokee Nation Health Services

cc:     file

**363a**



# Oklahoma Employment Security Commission



Payment Information

ClaimID:595792791      Page:P5.7

| Week-date-end | Amount Paid | | Amount Deductible | | Total Weekly Benefits |
|---|---|---|---|---|---|
| 6/26/2021 | 274.00 | + | 380.00 | = | 654.00 |
| 6/19/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 6/12/2021 | 291.00 | + | 548.00 | = | 839.00 |
| 6/5/2021 | 561.00 | + | 278.00 | = | 839.00 |
| 5/29/2021 | 0 | + | 0 | = | 0 |
| 5/22/2021 | 421.00 | + | 418.00 | = | 839.00 |
| 5/15/2021 | 0 | + | 0 | = | 0 |
| 5/8/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 5/1/2021 | 448.00 | + | 391.00 | = | 839.00 |
| 4/24/2021 | 556.00 | + | 283.00 | = | 839.00 |
| 4/17/2021 | 387.00 | + | 452.00 | = | 839.00 |
| 4/10/2021 | 558.00 | + | 281.00 | = | 839.00 |
| 4/3/2021 | 338.00 | + | 501.00 | = | 839.00 |
| 3/27/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 3/20/2021 | 0 | + | 0 | = | 0 |
| 3/13/2021 | 462.00 | + | 377.00 | = | 839.00 |
| 3/6/2021 | 394.00 | + | 445.00 | = | 839.00 |
| 2/27/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 2/20/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 2/13/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 2/6/2021 | 326.00 | + | 513.00 | = | 839.00 |
| 1/30/2021 | 0 | + | 0 | = | 0 |
| 1/23/2021 | 300.00 | + | 539.00 | = | 839.00 |
| 1/16/2021 | 431.00 | + | 408.00 | = | 839.00 |
| 1/9/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 1/2/2021 | 543.00 | + | 296.00 | = | 839.00 |
| 12/26/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/19/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/12/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/5/2020 | 282.00 | + | 257.00 | = | 539.00 |
| 11/28/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 11/21/2020 | 164.00 | + | 375.00 | = | 539.00 |
| 11/14/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 11/7/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/31/2020 | 184.00 | + | 355.00 | = | 539.00 |
| 10/24/2020 | 144.00 | + | 395.00 | = | 539.00 |
| 10/17/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/10/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/3/2020 | 0 | + | 0 | = | 0 |

Return to Menu    Return to Previous Page



Form **1040**  Department of the Treasury–Internal Revenue Service  (99)
**U.S. Individual Income Tax Return**    **2021**    OMB No. 1545-0074    IRS Use Only–Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single  ☐ Married filing jointly  ☒ Married filing separately (MFS)  ☐ Head of household (HOH)  ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶ XXXXXX

| Your first name and middle initial | Last name | | Your social security number |
|---|---|---|---|
| Linh T | Stephens | | XXX-XX-5094 |

If joint return, spouse's first name and middle initial | Last name | **Spouse's social security number**

| | | |
|---|---|---|
| | | XXXXXXX |

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
XXXXXXXXXX

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

City, town, or post office. If you have a foreign address, also complete spaces below.  State  ZIP code
XXXXXXXX    OK    XXXXXX

Foreign country name    Foreign province/state/county    Foreign postal code

☐ You  ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?  ☐ Yes  ☒ No

**Standard Deduction**
Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  ☐ Were born before January 2, 1957  ☐ Are blind    Spouse:  ☐ Was born before January 2, 1957  ☐ Is blind

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 1 | |
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | 301 |
| 3a | Qualified dividends | 3a 79 | b Ordinary dividends | 3b | 79 |
| 4a | IRA distributions | 4a | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | b Taxable amount | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | 7 | 6,493 |
| 8 | Other income from Schedule 1, line 10 | | | 8 | 17,302 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | 9 | 24,175 |
| 10 | Adjustments to income from Schedule 1, line 26 | | | 10 | 297 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | | | 11 | 23,878 |
| 12a | **Standard deduction or itemized deductions** (from Schedule A) | 12a 12,550 | | | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b 300 | | | |
| c | Add lines 12a and 12b | | | 12c | 12,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | 13 | 781 |
| 14 | Add lines 12c and 13 | | | 14 | 13,631 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | 15 | 10,247 |

**Standard Deduction for-**
● Single or Married filing separately, $12,550
● Married filing jointly or Qualifying widow(er), $25,100
● Head of household, $18,800
● If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2021)
EEA

365a

| SCHEDULE 1 (Form 1040) | Additional Income and Adjustments to Income | OMB No. 1545-0074 |
|---|---|---|

**2021**

Department of the Treasury
Internal Revenue Service

► Attach to Form 1040, 1040-SR, or 1040-NR.
► Go to *www.irs.gov/Form1040* for instructions and the latest information.

Attachment Sequence No. **01**

Name(s) shown on Form 1040,1040-SR, or 1040-NR

Linh T Stephens

**Your social security number**

XXXX5094

## Part I   Additional Income

| | | | |
|---|---|---|---:|
| **1** | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . . . . | **1** | |
| **2a** | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Date of original divorce or separation agreement (see instructions) . . ► | | |
| **3** | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 4,204 |
| **4** | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 13,098 |
| **8** | Other income: | | |
| **a** | Net operating loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8a** ( ) | | |
| **b** | Gambling income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8b** | | |
| **c** | Cancellation of debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8c** | | |
| **d** | Foreign earned income exclusion from Form 2555 . . . . . . . . . . . **8d** ( ) | | |
| **e** | Taxable Health Savings Account distribution . . . . . . . . . . . . . . . **8e** | | |
| **f** | Alaska Permanent Fund dividends . . . . . . . . . . . . . . . . . . . . **8f** | | |
| **g** | Jury duty pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8g** | | |
| **h** | Prizes and awards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8h** | | |
| **i** | Activity not engaged in for profit income . . . . . . . . . . . . . . . . . **8i** | | |
| **j** | Stock options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8j** | | |
| **k** | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8k** | | |
| **l** | Olympic and Paralympic medals and USOC prize money (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8l** | | |
| **m** | Section 951(a) inclusion (see instructions) . . . . . . . . . . . . . . . . **8m** | | |
| **n** | Section 951A(a) inclusion (see instructions) . . . . . . . . . . . . . . . **8n** | | |
| **o** | Section 461(l) excess business loss adjustment . . . . . . . . . . . . . **8o** | | |
| **p** | Taxable distributions from an ABLE account (see instructions) . . . . . **8p** | | |
| **z** | Other income. List type and amount    ► | | |
| | **8z** | | |
| **9** | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Combine lines 1 through 7 and 9. Enter here and on Form 1040,1040-SR, or 1040-NR line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 17,302 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 1 (Form 1040) 2021

EEA



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-07-2024
Response Date: 05-07-2024
Tracking Number: 105948470862

Record of Account

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5094

LIN T STEP
8214 E

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Mar. 13, 2023
ACCRUED PENALTY:          0.00          AS OF: Mar. 13, 2023

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               01
FILING STATUS:            Married Filing Separate
ADJUSTED GROSS
   INCOME:                -12,163.00
TAXABLE INCOME:           0.00
TAX PER RETURN:           0.00
SE TAXABLE INCOME
   TAXPAYER:              0.00
SE TAXABLE INCOME
   SPOUSE:                0.00
TOTAL SELF
   EMPLOYMENT TAX:        0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2023
PROCESSING DATE                                               Mar. 13, 2023

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150  | Tax return filed           | 20230801 | 03-13-2023 | $0.00 |
|      | 16211-446-66072-3          |       |      |        |

SSN Provided: XXX-XX-5094
Tax Period Ending: Dec. 31, 2022

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable.  They do not show subsequent
activity on the account.

**367a**

Form **1040**  Department of the Treasury-Internal Revenue Service
**U.S. Individual Income Tax Return** **2022**   OMB No. 1545-0074   IRS Use Only-Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single  ☐ Married filing jointly  ☒ Married filing separately (MFS)  ☐ Head of household (HOH)  ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:   X▨▨▨▨▨ H▨

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Linh T | Stephens | XXX-XX-5094 |

If joint return, spouse's first name and middle initial | Last name | **Spouse's social security number**
XXX-XX-▨▨▨▨

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

**Presidential Election Campaign**

8214 E 111th PL S Unit 100

City, town, or post office. If you have a foreign address, also complete spaces below.   State   ZIP code

Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

Bixby   OK   74008-2452

Foreign country name   Foreign province/state/county   Foreign postal code

☐ You  ☐ Spouse

**Digital Assets**
At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes  ☒ No

**Standard Deduction**
Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You:  ☐ Were born before January 2, 1958  ☐ Are blind   Spouse:  ☐ Was born before January 2, 1958  ☐ Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here . . ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) . . . . . . . . . . . . . | 1a |
| b | Household employee wages not reported on Form(s) W-2 . . . . . . . . . . . . . | 1b |
| c | Tip income not reported on line 1a (see instructions) . . . . . . . . . . . . . . . | 1c |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) . . . . . . . . | 1d |
| e | Taxable dependent care benefits from Form 2441, line 26 . . . . . . . . . . . . . | 1e |
| f | Employer-provided adoption benefits from Form 8839, line 29 . . . . . . . . . . . | 1f |
| g | Wages from Form 8919, line 6 . . . . . . . . . . . . . . . . . . . . . . . . | 1g |
| h | Other earned income (see instructions) . . . . . . . . . . . . . . . . . . . . | 1h |
| i | Nontaxable combat pay election (see instructions) . . . . . . . . . 1i | |
| z | Add lines 1a through 1h . . . . . . . . . . . . . . . . . . . . . . . . . . | 1z |
| 2a | Tax-exempt interest . . . . 2a | b Taxable interest . . . . . . . . . | 2b | 1 |
| 3a | Qualified dividends . . . . . 3a  13 | b Ordinary dividends . . . . . . . . | 3b | 13 |
| 4a | IRA distributions . . . . . . 4a | b Taxable amount . . . . . . . . . | 4b |
| 5a | Pensions and annuities . . . 5a | b Taxable amount . . . . . . . . . | 5b |
| 6a | Social security benefits . . . 6a | b Taxable amount . . . . . . . . . | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions) . . . . . . ☐ | |

**Standard Deduction for-**
• Single or Married filing separately, $12,950
• Married filing jointly or Qualifying surviving spouse, $25,900
• Head of household, $19,400
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . . ☐ | 7 | 3,496 |
| 8 | Other income from Schedule 1, line 10 . . . . . . . . . . . . . . . . . . . . . . . | 8 | (15,673) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . . . . . . . . . . | 9 | (12,163) |
| 10 | Adjustments to income from Schedule 1, line 26 . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . . . . . . . . . . . . | 11 | (12,163) |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) . . . . . . . . . . . . . | 12 | 12,950 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . . . . . . . . | 13 | |
| 14 | Add lines 12 and 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | 12,950 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** . . . . . . . . | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2022)

EEA

368a

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-07-2024
Response Date: 05-07-2024
Tracking Number: 105948458748

Record of Account

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2023

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5094

LIN T STEP
8214 E

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00              AS OF: May  13, 2024
ACCRUED PENALTY:        0.00              AS OF: May  13, 2024

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):     0.00

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:             01
FILING STATUS:          Married Filing Separate
ADJUSTED GROSS
    INCOME:             -11,948.00
TAXABLE INCOME:         0.00
TAX PER RETURN:         0.00
SE TAXABLE INCOME
    TAXPAYER:           0.00
SE TAXABLE INCOME
    SPOUSE:             0.00
TOTAL SELF
    EMPLOYMENT TAX:     0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2024
PROCESSING DATE                                               May  13, 2024

                        TRANSACTIONS
CODE  EXPLANATION OF TRANSACTION          CYCLE    DATE              AMOUNT
150   Tax return filed                    20241703 05-13-2024       $0.00
      14211-517-34065-4

460   Extension of time to file tax return          04-05-2024      $0.00
      ext. Date 10-15-2024

SSN Provided: XXX-XX-5094
Tax Period Ending: Dec. 31, 2023

**369a**

**ORIGINAL**

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

IN RE THE MARRIAGE OF:
LINH TRAN STEPHENS,

    Appellant,

v.                  No. 120,849

ADAM SYLVESTER STEPHENS,

    Appellee.



FILED
SUPREME COURT
STATE OF OKLAHOMA

JAN 23 2023

JOHN D. HADDEN
CLERK

Rec'd (date) 1-23-23
Posted
Mailed
Distrib
Publish ___ yes  X  no

ORDER

Appellee's Motion to Dismiss Appeal for lack of an appealable order is granted in part, and denied in part. 12 O.S. 2021, §§ 952 & 953.

The motion to dismiss is granted as to the October 17, 2022 order awarding temporary child support in accordance with the temporary custody order and the October 31, 2022 order denying Appellant's objection and motion to recalculate. Such orders are interlocutory and not immediately appealable. *S.W. v. Duncan*, 2001 OK 39, ¶ 11, 24 P.3d 846. Moreover, the orders do not fall into any of the statutory or rule-based categories of orders appealable by right. *See* 12 O.S. 2021, §§ 952(b)(2), 993(A), and Rule 1.60, *Oklahoma Supreme Court Rules*, Tit. 12, ch. 15, App. 1. *See also Kantor v. Kantor*, 1994 OK 132, ¶ 2, 886 P.2d 480.

More unlawful Order by lower court for RECORDS TO BE SEALED (01-17-2023)

To the extent Appellant challenges the November 2, 2022 order sealing records, Appellee's motion to dismiss is denied. The order sealing records is the functional equivalent of an injunction, therefore the appeal of this order shall proceed

as an appeal from an order appealable by right. *Collier v. Reese*, 2009 OK 86, ¶ 11, 222 P.3d 966. *See* Rule 1.60(c), *Oklahoma Supreme Court Rules*, Tit. 12, ch. 15, App. 1.

Appellant will have the opportunity to seek review of the October 17, 2022 and October 31, 2022 orders upon a final adjudication of the parties' motions to modify custody filed in the district court case. Appellee's Objection to Appellant's Pauper's Affidavit is denied.

*Mother = Appellant*

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 23RD DAY OF JANUARY, 2023.

_____
CHIEF JUSTICE

ALL JUSTICES CONCUR

-2-



**ORIGINAL**

## IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

IN RE THE MARRIAGE OF: )
LINH TRAN STEPHENS, )
            )
    Appellant, )
            )
v. )    No. 120,849
            )
ADAM SYLVESTER STEPHENS, )
            )
    Appellee. )

FILED
SUPREME COURT
STATE OF OKLAHOMA

JAN 23 2023

JOHN D. HADDEN
CLERK

Rec'd (date) 1-23-23
Posted _____
Mailed _____
Distrib _____
Publish _____ yes _X_ no

### ORDER

Appellee's Motion to Dismiss Appeal for lack of an appealable order is granted in part, and denied in part. 12 O.S. 2021, §§ 952 & 953.

The motion to dismiss is granted as to the October 17, 2022 order awarding temporary child support in accordance with the temporary custody order and the October 31, 2022 order denying Appellant's objection and motion to recalculate. Such orders are interlocutory and not immediately appealable. *S.W. v. Duncan*, 2001 OK 39, ¶ 11, 24 P.3d 846. Moreover, the orders do not fall into any of the statutory or rule-based categories of orders appealable by right. *See* 12 O.S. 2021, §§ 952(b)(2), 993(A), and Rule 1.60, *Oklahoma Supreme Court Rules*, Tit. 12, ch. 15, App. 1. *See also Kantor v. Kantor*, 1994 OK 132, ¶ 2, 886 P.2d 480.

To the extent Appellant challenges the November 2, 2022 order sealing records, Appellee's motion to dismiss is denied. The order sealing records is the functional equivalent of an injunction, therefore the appeal of this order shall proceed

as an appeal from an order appealable by right. *Collier v. Reese*, 2009 OK 86, ¶ 11, 222 P.3d 966. *See* Rule 1.60(c), *Oklahoma Supreme Court Rules*, Tit. 12, ch. 15, App. 1.

Appellant will have the opportunity to seek review of the October 17, 2022 and October 31, 2022 orders upon a final adjudication of the parties' motions to modify custody filed in the district court case. Appellee's Objection to Appellant's Pauper's Affidavit is denied.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 23RD DAY OF JANUARY, 2023.

_____
CHIEF JUSTICE

ALL JUSTICES CONCUR

-2-

Case 4:25-cv-00285-GKF-MTS   Document 2-1 Filed in USDC ND/OK on 06/06/25   Page 30
Case 4:24-cv-00216-JDR-CDL   Document 7   Filed in USDC ND/OK on 03/25/24   Page 1 of 2
of 35

# United States District Court
## for the Northern District of Oklahoma

---

Case No. 24-CV-216-JDR-CDL

---

LINH TRAN STEPHENS,

*Plaintiff*,

*versus*

CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF
HUMAN SERVICES; *et al.*,

*Defendant*.

---

## ORDER

---

Before the Court is Plaintiff Linh Tran Stephens's motion for leave to proceed in forma pauperis. Dkt. 3. In reliance upon the representations and information set forth in the motion and supporting affidavit, Ms. Stephens is permitted to file and maintain this action to conclusion without prepayment of fees and costs. Ms. Stephens's motion to proceed in forma pauperis is GRANTED.

Ms. Stephens is advised that the court will dismiss all or part of the Complaint if it is determined that (A) the allegation of poverty is untrue; or (B) that the action: (1) is frivolous or malicious, (2) fails to state a claim on which relief can be granted, or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Because Ms. Stephens has been given leave to proceed in forma pauperis, she is entitled to rely on the Court to effect proper service. *See Olsen v. Mapes*, 333 F.3d 1199, 1205 (10th Cir. 2003). The U.S. Marshal will effect service once Ms.

Case 4:25-cv-00285-GKF-MTS    Document 2-1 Filed in USDC ND/OK on 06/06/25    Page 31
of 35
Case 4:24-cv-00216-JDR-MJS    Document 7    Filed in USDC ND/OK on 05/23/24    Page 2 of 2

No. 24-CV-216

Stephens has submitted a complete summons, a U.S. Marshal Service form (form USM-285), and one copy of the complaint for each named defendant.

IT IS THEREFORE ORDERED that Ms. Stephens's motion for leave to proceed in forma pauperis [Dkt. 3] is GRANTED.

IT IS FURTHER ORDERED that within thirty (30) days of the entry of this Order, or by June 12, 2024, Ms. Stephens shall submit one completed summons, one completed U.S. Marshal Service form (form USM-285), and one copy of the complaint for each named defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff seven blank USM-285 forms for Ms. Stephens's use in complying with this Order. Ms. Stephens's address is set forth in the complaint. Dkt. 2 at 3.

IT IS FURTHER ORDERED that, upon receipt of the summonses and USM-285 forms, the U.S. Marshal Service is directed to perfect service upon the defendants in accordance with Federal Rule of Civil Procedure 4 and Oklahoma Statute title 12, section 2004.

DATED this 23rd day of May 2024.

JOHN D. RUSSELL
*United States District Judge*

2

**EXHIBIT #4
(1 page)**

\*105828711571\*

# ORDER OF RELEASE FROM CUSTODY

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias') Stephens Linh Tran 1282383 pr

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| FD-15-2228 | Time served | Indirect contempt |
| | | |
| | | |
| | | |
| | | |

DISTRICT COURT
**F I L E D**

MAR 2 8 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

☐ ELECTRONIC MONITOR REQUIRED BEFORE RELEASE

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the 28 day of March, 20 24

Division/Court Family/Juvi/Leitch

DON NEWBERRY, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

By: _____
Deputy Court Clerk
(Court Seal)

Received by: _____
Deputy Sheriff

Received by: _____ Serial 1514
JAIL

Form 5421 (Rev. 1-17)

**APPENDIX C**

**APPENDIX C**

102a

**EXHIBIT #5
(1 page)**

20:51 🔕   .1 🛜 4️⃣2️⃣



# oscn.net

PRIVATE ARRAIGNMENT OF LINH TRAN
STEPHENS HELD ON THE RECORDER. COURT
ENTERS A PLEA OF NOT GUILTY AND THE
PETITIONER REQUESTS A JURY TRIAL.
PRETRIAL CONFERENCE SET FOR MAY 2, 2025
AT 9:00 AM BEFORE JUDGE LORETTA RADFORD
IN COURTROOM 605. PETITIONER RECOGNIZED
BACK.

**Special judge practicing law from bench as my attorney without my consent and overruling my repeated objections—witnessed by room fulls of lawyers**

JURY TRIAL FEE'S MUST BE PAID PRIOR TO
PRETRIAL CONFERENCE OR THE COURT MAY
PROCEED WITH AN NON JURY TRIAL ON THAT
DATE. **Judge ignored pauper affidavit financially indigency**

---

03-17-2025

MOTION TO DISMISS/RESPONSE TO
PETITIONER'S "NOTICE OF REMOVAL FROM
STATE COURT TO FEDERAL COURT RE: STATE
OF OKLAHOMA VS LINH TRAN STETPEHNES
FOR CONTEMPT OF COURT FOR
FRAUDULENTLY-ALLEGED-AND-UNVALIDATED
DEBT, AND ALL CASES RELATED TO LINH
INCLUDING FD-2015-2228 AND JD-2021-270,
ETC

**prosecutor OKDHS CSS filed motion in limine for them being the prosecutor to BLOCK OUT exculpatory EVIDENCE. That motion is for me the Defendant of Contempt proceedings to block out Prejudicial evidence and they using it to block out exculpatory evidence (truthful evidence that sets me Defendant free CORRUPT MUCH?**

Document Available (#1061157102) 🗎TIFF  🗎PDF

---

03-24-2025

DEPARTMENT OF HUMAN SERVICES' MOTION IN
LIMINE

Document Available (#1061157899) 🗎TIFF  🗎PDF

---

←   →   +   52   • • •