IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LINH TRAN STEPHENS, a natural living woman, *sui juris*, with inherent sovereign rights,** ) ) ) | |
| **Plaintiff,** ) ) ) | |
| v. ) ) | Case No. 25-cv-285-GKF-MTS |
| **STATE OF OKLAHOMA,** *et al.*, ) ) ) | |
| **Defendants.** ) | |

### DEFENDANT THE OKLAHOMA SHERIFF'S ASSOCIATION, INC.'s NOTICE REGARDING SECOND SERVICE OF PETITION [DOC 2]

COMES NOW The Oklahoma Sheriff's Association, Inc. ("OSA") and respectfully submits this Notice to inform the Court of the following:

1.  On August 4, 2025, the OSA received a copy of Plaintiff's Petition and Summons [DOC 2] in the above-captioned matter.

2.  On August 22, 2025, the OSA timely filed a Motion to Dismiss pursuant to 28 U.S.C. § 2254(a), Fed. R. Civ. P. Rule 8, Rule 12(b)(6) and Rule 41 which remains pending before the Court [DOC 15].

3.  On August 26, 2025, the OSA again received from Plaintiff what appears to be an identical copy of the Petition and Summons [DOC 2].

4.  The OSA files this Notice to clarify that the second service does not alter the substance of the Petition or the procedural posture of the case. Accordingly, the OSA's previously filed Motion to Dismiss remains applicable and pending.

5.  The OSA respectfully requests that the Court consider the pending Motion to Dismiss [DOC 15] as responsive to the Petition received by the OSA on both occasions.

Respectfully submitted:

/s/ Sharon K. Parker
Sharon K. Parker, OBA #19010
**JPM L**AW **|** JAYNE PETERS MCVICKER BURKE
      ASKEW & PARKER
401 South Boston Ave., Suite 2000
Tulsa, OK  74103
(918) 938-7944 phone
(918) 938-7966 fax
sparker@jpmlawgroup.com
*Attorney for The Oklahoma Sheriff's Association, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James D. Dunn
6080 E. 66th Street North
Tulsa, OK 74117
918-596-8704 - Telephone
jdunn@tcso.org
*Attorney for Tulsa County Sheriff*
*Tulsa County Sheriff's Office*

John Langford
P.O. Box 25352
Oklahoma City, OK  73125-0000
405-521-3638 – Telephone
John.langford@okdhs.org
*Attorney for Oklahoma Department of Human Services*


And sent to the following by U.S. Mail with proper postage thereon:

Linh Tran Stephens
1964 Ashley River Rd, Ste B, Unit 80112
Charleston, SC  29407
*Plaintiff pro se*

                                                  /s/ Sharon K. Parker
                                                  Sharon K. Parker