**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LINH TRAN STEPHENS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-CV-0285-GKF-MTS** |
| | ) | |
| **STATE OF OKLAHOMA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**<u>JUDGMENT OF DISMISSAL</u>**

In an order filed contemporaneously herewith, the Court dismissed without prejudice Petitioner Linh Tran Stephens's petition for a writ of habeas corpus under 28 U.S.C. § 2254, in part for lack of subject matter jurisdiction and in part for failure to comply with Federal Rule of Civil Procedure 8(a).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this judgment of dismissal is entered in favor of Defendants and against Plaintiff.

**DATED** 21st day of January, 2026.

Gregory K. Frizzell
United States District Court