**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

**TRANSMITTAL SHEET**
(Notice of Appellate Action)

Date Notice filed: 4/9/2026

Style of Case: Stephens v. State of Oklahoma et al

Appellant: Linh Tran Stephens

District Court No: 25-cv-00285-GKF-MTS

Tenth Circuit Case No: .

☐ Amended NOA                              ☐ Cross Appeal

☐ Interlocutory Appeal                     ☐ Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

 Gregory K. Frizzell, U.S. District Judge:

### APPEAL FILED BY PRO SE

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Mailed/Given | ☒ |
| Motion for IFP on Appeal Filed | ☐ |

### APPEAL FILED BY COUNSEL

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Made Available | ☐ |
| Motion for IFP on Appeal Filed | ☐ |
| Court Appointed Counsel (CJA/FPD) | ☐ |
| USA | ☐ |

By: Cara Becker, Case Administrator          April 10, 2026 Phone: (918) 699-4700

Notice of Appellate Action                                          AP-01 (6/2022)