**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 10, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

LINH TRAN STEPHENS,

     Petitioner - Appellant,

v.

STATE OF OKLAHOMA, and its
divisions and employees/successors, et al.,

     Respondents - Appellees.

No. 26-5041
(D.C. No. 4:25-CV-00285-GKF-MTS)
(N.D. Okla.)

_____

**ORDER**

_____

This matter is before the court following the opening of this appeal. On January 21, 2026 the district court entered an Order dismissing Petitioner Stephens's 28 U.S.C. § 2254 petition and a Judgment of Dismissal. On April 9, 2026, Ms. Stephens filed a document titled _Notice of Appeal . . . and Combined Emergency Motion to Reopen Time to File Notice of Appeal Pursuant to Fed. R. App. 4(a)(6) and Motion for Relief from Void Judgment Pursuant to Fed. R. Civ. P. 60(b)(4) and 60(d)(3) for Fraud Upon the Court_. The district court docketed it as both a notice of appeal [DC ECF 21] and as a motion to reopen the time to appeal/motion for relief from judgment [DC ECF 22].

In the interest of judicial economy, this appeal is ABATED pending the district court's ruling on the post-judgment motion to reopen the time to appeal/motion for relief from judgment [DC ECF 22].

When the district court enters an order on the post-judgment motion [DC ECF 22], the clerk of the district court is directed to supplement the preliminary record in accordance with 10th Cir. R. 3.2(B).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 10, 2026

Ms. Linh Tran Stephens
P.O. Box 80112
Charleston, SC 29416

**RE:    26-5041, Stephens v. State of Oklahoma, et al**
         Dist/Ag docket: 4:25-CV-00285-GKF-MTS

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    James Dashiell Dunn
       John K.F. Langford
       Sharon K. Parker

CMW/at

**Cara Mirabal**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, April 10, 2026 3:27 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 26-5041 Stephens v. State of Oklahoma, et al "Order filed" (4:25-CV-00285-GKF-MTS) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 04/10/2026 at 2:22:48 PM Mountain Daylight Time and filed on 04/10/2026

| | |
|---|---|
| **Case Name:** | Stephens v. State of Oklahoma, et al |
| **Case Number:** | 26-5041 |
| **Document(s):** | Docket Entry #2 |

**Docket Text:**
[11272134] Order filed by Clerk of the Court abating case regarding post judgment motion. Reason for abatement: DCt Motion. Served on 04/10/2026. [26-5041]

**Notice will be electronically mailed to:**

Mr. James Dashiell Dunn: jdunn@tcso.org
Mr. John K.F. Langford: john.langford@okdhs.org, cynthia.keirsey@okdhs.org
Sharon K. Parker: sparker@jpmlawgroup.com, bboyd@jpmlawgroup.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Ms. Linh Tran Stephens
P.O. Box 80112
Charleston, SC 29416

The following document(s) are associated with this transaction:

**Document Description:** Order
**Original Filename:** 26-5041_AbateforMtn.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=04/10/2026] [FileNumber=11272134-0]
[e29f15c4b72d4c01571000eda77bf0d9fa2da88cb6845309653ad633caa7062033bfe05cf5f80a30a1217a
1daf6ada036444708bcd53cf289bd48f81e6b7ec8f]]

**Document Description:** Order Cover Letter
**Original Filename:** /opt/ACECF/live/forms/265041_11272134_128.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=04/10/2026] [FileNumber=11272134-1]
[8a53b3d24e2dd32872c3f8032779d9edef8fdfdac971fa1340ac947070433680ac1dcd5bd9571b0e166ab
dd81cdca83b47b74bcaea5cfd17102881d9a14c7751]]
**Recipients:**

- Mr. James Dashiell Dunn
- Mr. John K.F. Langford
- Sharon K. Parker
- Ms. Linh Tran Stephens