## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

LINH TRAN STEPHENS, a natural living
woman, *sui juris*, with inherent sovereign rights,

Plaintiff,

v.

STATE OF OKLAHOMA, *et al.*,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.  25-cv-285-GKF-MTS

### DEFENDANT THE OKLAHOMA SHERIFF'S ASSOCIATION, INC. RESPONSE IN OPPOSITION TO PLAINTIFF'S COMBINED MOTION FOR RELIEF, TO REOPEN TIME TO FILE NOTICE OF APPEAL, AND NOTICE OF APPEAL [DOC 22]

COMES NOW The Oklahoma Sheriff's Association, Inc. ("OSA") pursuant to Fed. R. Civ. P. Rule 7 and Local Civil Rule 7-1 and for its Response in Opposition to Plaintiff's Combined Motion for Relief, to Reopen Time to File Notice of Appeal, and Notice of Appeal [DOC 22] filed April 9, 2026 by Plaintiff Linh Tran Stephens ("Stephens") respectfully submits the following:

In a combined filing, Stephens seeks relief from judgments entered in both this case and in *Stephens v. State of Oklahoma et al.*, 25-cv-00286-CVE-MTS. The OSA is a party to this case, but is not a party to Case No. 25-cv-00286.[1] Plaintiff makes no express claim against the OSA in her Combined Motion. In fact, the OSA is not mentioned in the Combined Motion. Plaintiff's use of the plural "Defendants" and "State actors" throughout her filing is insufficient to put any specific party on notice of any allegation made against it. For all the reasons stated in the Motion to Dismiss filed by the OSA on August 22, 2025 [DOC 15] and the Court's Order and Judgment

---

[1] The OSA is also a party to *Stephens v. State of Oklahoma et al.*, 25-cv-00322-SEH-CDL, which is mentioned in Plaintiff's filing, and remains pending. The OSA filed its Motion to Dismiss in that case on August 22, 2025 [DOC 81] and again on September 2, 2025 [DOC 89] after the OSA was served by Plaintiff for a second time.

1

filed January 21, 2026 [DOC Nos. 18 and 19], Plaintiff's Combined Motion should be denied in its entirety.

WHEREFORE, the OSA respectfully requests that this Court deny Plaintiff's Combined Motion.

Respectfully submitted:

/s/ Sharon K. Parker
Sharon K. Parker, OBA #19010
**JPM LAW** | JAYNE PETERS MCVICKER BURKE
ASKEW & PARKER
401 South Boston Ave., Suite 2000
Tulsa, OK 74103
(918) 938-7944 phone
(918) 938-7966 fax
sparker@jpmlawgroup.com
*Attorney for The Oklahoma Sheriff's Association, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James D. Dunn
6080 E. 66th Street North
Tulsa, OK 74117
918-596-8704 - Telephone
jdunn@tcso.org
*Attorney for Tulsa County Sheriff*
*Tulsa County Sheriff's Office*

John Langford
P.O. Box 25352
Oklahoma City, OK  73125-0000
405-521-3638 – Telephone
John.langford@okdhs.org
*Attorney for Oklahoma Department of Human Services*

And sent to the following by U.S. Mail with proper postage thereon:

Linh Tran Stephens
P.O. Box 80112
Charleston, SC  29416
*Plaintiff pro se*

/s/ Sharon K. Parker        
Sharon K. Parker             