# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**Linh Tran Stephens, sui juris, living woman**
    **Plaintiff,**

**vs.**

Case Number: **4:25-cv-00285**
                   **10th Circuit Case. No. 26-5041**

**STATE OF OKLAHOMA, et al.,**
    **Defendants.**

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
## AND SUPPORTING AFFIDAVIT

I hereby move for leave to: (please check)

**[X]**   Commence this action without prepayment of fees and costs or giving security therefor.

**Instructions. Please complete all questions in this application and then sign it on the last page**. If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)".  If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

1.  Are you or ~~your spouse~~ currently employed?     Yes _____     No __**X**__

2.  If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay.  Gross pay is pay before any taxes or other deductions are taken.  If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

Yourself:                                        Your Spouse:

Name and Address of Employer          Name and Address of Employer

_____       _____
_____       _____
_____       _____

Length of Employment                      Length of Employment
_____  _____                                  _____  _____
Years   Months                                 Years   Months

Monthly Gross Pay  $_____       Monthly Gross Pay  $_____

3.  If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment.  Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself  _02/2024_____; spouse _____

Monthly gross pay during last month of employment  $_____

4.  State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source.  Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

Did you receive money from any of the following sources during the past 12 months?

Average monthly amount during past 12 months for you and your spouse if applicable.

Amount expected next month

| | | You | Spouse | You | Spouse |
|---|---|---|---|---|---|
| Self-employment | Y/N **N** | $ **N/A** | $ **N/A** | $ **N/A** | $ **N/A** |
| Income from real property (such as rental income) | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| Gifts | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| Alimony | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| Child Support | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| Public assistance payments such as welfare payments | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| Other sources of money (specify: _____) | Y/N **N** | $_____ | $_____ | $_____ | $_____ |
| TOTAL | | $_____ | $_____ | $_____ | $_____ |

5.  State the amount of cash you and your spouse have:  $ **20.00**_____

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| **Bank of America**_____ | **checking**_____ | $ **0.00 (zero)** | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

6.  State below the assets owned by you and your spouse.  **Do not list ordinary household furnishings and clothing.**



*NONE*

| | | |
|---|---|---|
| **Home** | Address: | Value: $ _____ |
| | _____ | Amount owed on mortgages and |
| | _____ | liens:  $ _____ |
| **Other real estate** | Address: | Value: $ _____ |
| | _____ | Amount owed on mortgages and |
| | _____ | liens: $ _____ |
| **Motor vehicle make/** | Model/Year: _____ | Value: $ _____ |
| | | Amount owed: $ _____ |
| **Motor vehicle make/** | Model/Year: _____ | Value: $ _____ |
| | | Amount owed: $ _____ |
| **Other** | Description: _____ | Value: $ _____ |
| | _____ | Amount owed: $ _____ |

7.  State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.    *NONE*

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

8.  State the individuals who rely on you and ~~your spouse~~ for support.  Indicate their relationship to you, their age, and whether they live with you.

| Name (or, if under 18, initials only) | Relationship | Age | Does this person live with you? |
|---|---|---|---|
| **G.L.S.** | *first born offspring* | *13* | Yes _X_ *supposed to but* No ___ *kidnapped by OKDHS convicted felon caseworker* |
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |

9.  Complete this question by estimating the average monthly expenses of you and your family.

Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ __0 (zero)__ | $ __N/A__ |

Are real estate taxes included?   Yes ____ No ____   *N/A*

Is property insurance included?  Yes ____ No ____   *N/A*

|  | You | Spouse |
|---|---|---|
| Utilities:  Electricity and heating fuel | $ _____ | $ _____ |
| Water and sewer | $ _____ | $ _____ |
| Telephone | $ _____ | $ _____ |
| Other __**Internet**__ | $ _____ | $ _____ |
| Home  maintenance (Repairs and upkeep) | $ _____ | $ _____ |
| Food | $ _____ | $ _____ |
| Clothing | $ _____ | $ _____ |
| Laundry and dry cleaning | $ _____ | $ _____ |
| Medical and dental expenses | $ _____ | $ _____ |
| Transportation (not including car payments) | $ _____ | $ _____ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ | $ _____ |
| Charitable contributions | $ _____ | $ _____ |

Insurance (not deducted from wages or included in home mortgage payments)

|  | You | Spouse |
|---|---|---|
| Homeowner's or renter's | $ _____ | $ _____ |
| Life | $ __N/A__ | $ _____ |
| Health  *cannot afford health insurance for me anymore since 10/2020 loss of job from Cherokee Nation* | $ __N/A__ | $ _____ |
| Auto | $ __N/A__ | $ _____ |
| Other _____ | $ __N/A__ | $ _____ |

Taxes (not deducted from wages or included in home mortgage payments) (specify) ___**N/A**_____

|  | You | Spouse |
|---|---|---|
|  |  | $ _____ |

Installment payments

|  | You | Spouse |
|---|---|---|
| Auto:  *N/A since had to sold broken car to pay its car loan* | $ _____ | $ _____ |
| Credit Card: (name) _____ | $ _____ | $ _____ |
| Department Store: (name) _____ | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ __0 (zero)__ | $ _____ |

Payments for support of additional dependents not living at your home

$ **0 (zero)**     $ **N/A**

Regular expenses from operation of business, profession, or farm

(attach detailed statement)     $ **N/A**     $ _____

Other _____     $ **N/A**     $ _____

        TOTAL MONTHLY EXPENSES     $ **0 (zero)**     $ _____

10.  Do you expect any major changes to your monthly income or expenses during the next four months?

Yes _____     No __**X**__

   If yes, describe.

11.  Have you paid an attorney any money for services in connection with this case, including the completion of this form?  Yes _____     No __**X**__

   If yes, how much?  $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____

12.  Have you promised to pay or do you anticipate paying an attorney any money for services in connection with this case, including the completion of this form?  Yes _____     No __**X**__

If yes, how much?  $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____

13.  Have you paid anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?

        Yes _____     No __**X**__

   If yes, how much?  $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

14.  Have you promised to pay  or do you anticipate paying anyone other than an attorney (such as a

paralegal, typing service, or another person) any money for services in connection with this case,

including the completion of this form? Yes _____   No __X__

    If yes, how much?  $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

15.  Please provide any other information that helps to explain why you are unable to pay the docket fees.

16.  State the city and state of your legal residence:

**Linh Tran Stephens / Agent or attorney-in-fact**
**c/o 235 Tom Stewart Rd**
**Newberry, South Carolina zip exempt 00000 [but near 29108]**
**dated 05/04/2026**
_____

Your daytime phone number:

( __817__ )631-3223 _____

Your age: __42_____

Years of schooling: __16_____

Last 4 digits of your social security number: __N/A_____

**I declare under penalty of perjury that the above information is true and correct.**

Date: __05/04/2026_____

Autographed:
~~Signed:~~ *without prejudice/without recourse*
*linh-tran stephens*

**Linh Tran Stephens / Agent**
Print Name: __or attorney-in-fact or Secured__ **Party**